AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Virginia

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. |
| JENNIFER G. HERNANDEZ | ) | 1:19-mj- 205 |
| Defendant(s) | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **May 3, 2019** in the county of **Fairfax** in the **Eastern** District of **Virginia**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 32 C.F.R. § 1903.7 | The defendant unlawfully, knowingly, and intentionally trespassed by remaining on an Agency installation without proper authorization after being ordered to leave. |

This criminal complaint is based on these facts:
See attached affidavit.

☐ Continued on the attached sheet.

SAUSA William Reed/AUSA Jonathan L. Fahey

_____
Complainant's signature

Mirko O. Peña, Officer, CIA
Printed name and title

Sworn to before me and signed in my presence.

Date: May 4, 2019

_____
Judge's signature

City and state: Alexandria, VA

Hon. Michael S. Nachmanoff, U.S. Magistrate Judge
Printed name and title