JS 45 (01/2008)          **REDACTED**

Criminal Case Cover Sheet          U.S. District Court

**Place of Offense:**    Under Seal: Yes ___ No X    Judge Assigned: _____
City _____ Superseding Indictment ____ Criminal Number: _____
County/Parish Fairfax    Same Defendant ____ New Defendant X
     Magistrate Judge Case Number 1:19-mj-205    Arraignment Date: _____
     Search Warrant Case Number _____
     R 20/R 40 from District of _____
     Related Case Name and No: _____

Defendant Information:
**Juvenile** -- Yes ___ No X    **FBI #** _____
**Defendant Name:** JENNIFER G. HERNANDEZ    Alias Name(s) _____
**Address:** _____
**Employment:** _____
**Birth date** xx/xx/1960    **SS#** _____    Sex F    Def Race _____    Nationality _____    Place of Birth _____
**Height** _____ **Weight** _____ **Hair** Grey    **Eyes** Brown    Scars/Tattoos _____
**Interpreter:** X No ___ Yes    List language and/or dialect: _____    Automobile Description _____

Location Status:
Arrest Date 05/03/2019
X Already in Federal Custody as of 05/03/2019 in Alexandria City Jail
___ Already in State Custody    ___ On Pretrial Release    ___ Not in Custody
___ Arrest Warrant Requested    ___ Fugitive    ___ Summons Requested
___ Arrest Warrant Pending    ___ Detention Sought    ___ Bond _____

Defense Counsel Information:
Name: _____    ___ Court Appointed    Counsel conflicted out: _____
Address: _____    ___ Retained
Telephone: _____    ___ Public Defender    Federal Public Defender's Office conflicted out: ____

U.S. Attorney Information:
SAUSA William Reed    Telephone No: 703-299-3966    Bar # _____

Complainant Agency, Address & Phone Number or Person & Title:
Mirko O. Pena, Officer, Central Intelligence Agency

U.S.C. Citations:

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 32 CFR § 1903.7(a) | Entering or remaining on an Agency installation without proper authorization | 1 | Misdemeanor |
| Set 2 | | | | |
| Set 3 | | | | |

(May be continued on reverse)

Date: 4 MAY 2019    Signature of SAUSA: _____