# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Alexandria Division

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| v. | ) | **Case No. 1:19MJ205** |
| | ) | Hon. John F. Anderson |
| **JENNIFER HERNANDEZ,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## DEFENDANT'S MOTION TO SEAL

Pursuant to Local Criminal Rule 49(E), the defendant, Jennifer Hernandez, through counsel, moves for an Order sealing the document entitled, "Defendant's Motion to Continue Hearing," filed on June 10, 2019. A proposed Order is attached for the consideration of the Court.[1]

        Respectfully submitted,
        By Counsel,
        Geremy C. Kamens,
        Federal Public Defender

        By:    /s/
        Whitney E.C. Minter
        Va. Bar # 47193
        Assistant Federal Public Defender
        Attorney for Jennifer Hernandez
        1650 King Street, Suite 500
        Alexandria, Virginia 22314
        (703) 600-0800 (telephone)
        (703) 600-0880 (facsimile)
        Whitney_Minter@fd.org (email)

---

[1] The document to be sealed will be filed with the Court non-electronically pursuant to Local Criminal Rule 49(E) and the Electronic Case Filing Policies and Procedures (*see* p. 16). Pursuant to the Local Rules, the sealed document is to be treated as sealed pending the outcome of this motion.

# CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2019 I will electronically file the foregoing pleading with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

William Reed, Esq.
Special Assistant United States Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
(703) 299-3700
william.r.reed2@usdoj.gov

Pursuant to the Electronic Case Filing Policies and Procedures, a courtesy copy of the foregoing pleading will be delivered to Chambers within one business day of the electronic filing.

By: /s/
Whitney E.C. Minter
Va. Bar # 47193
Assistant Federal Public Defender
Attorney for Jennifer Hernandez
1650 King Street, Suite 500
Alexandria, Virginia 22314
(703) 600-0800 (telephone)
(703) 600-0880 (facsimile)
Whitney_Minter@fd.org (email)