# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Case No. 1:19MJ205 |
| ) | Hon. John F. Anderson |
| JENNIFER HERNANDEZ, ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT'S NON-CONFIDENTIAL MEMORANDUM
## IN SUPPORT OF HER MOTION TO SEAL

The defendant, Jennifer Hernandez, by counsel and pursuant to Local Criminal Rule 49(E), asks for an Order sealing the document attached to her Motion to Seal.

I.   Items to be Sealed and Necessity for Sealing

    A.   The defendant asks the Court to seal the document entitled "Defendant's Motion to Continue Hearing" filed with the Court today.

    B.   Sealing is necessary in order to safeguard the safety and privacy of the defendant. Counsel for the defendant has considered procedures other than sealing and none will suffice to protect this information from disclosure and to prevent public dissemination of information concerning Ms. Hernandez's mental health.

II.   Previous Court Decisions Which Concern Sealing Documents

The Court has the inherent power to seal materials submitted to it. *See United States v. Wuagneux*, 683 F.2d 1343, 1351 (11th Cir. 1982); *State of Arizona v. Maypenny*, 672 F.2d 761, 765 (9th Cir. 1982); *Times Mirror Company v. United States*, 873 F.2d 1210 (9th Cir. 1989); *see also Shea v. Gabriel*, 520 F.2d 879 (1st Cir. 1975); *United States v. Hubbard*, 650 F.2d 293 (D.C. Cir. 1980); *In re Braughton*, 520 F.2d 765, 766 (9th Cir. 1975). "The trial court has

supervisory power over its own records and may, in its discretion, seal documents if the public's right of access is outweighed by competing interests." *In re Knight Pub. Co.*, 743 F.2d 231, 235 (4th Cir. 1984).

III. Period of Time to Have the Document Under Seal

    A. The materials to be filed under seal would need to remain sealed permanently or until unsealed by the Court.

Accordingly, the defendant respectfully requests that an Order be entered allowing "Defendant's Motion to Continue Hearing" to be placed Under Seal. An appropriate Order is attached.

    Respectfully submitted,
    By Counsel,
    Geremy C. Kamens,
    Federal Public Defender

    By: _____/s/_____
    Whitney E.C. Minter
    Va. Bar # 47193
    Assistant Federal Public Defender
    Attorney for Jennifer Hernandez
    1650 King Street, Suite 500
    Alexandria, Virginia 22314
    (703) 600-0800 (telephone)
    (703) 600-0880 (facsimile)
    Whitney_Minter@fd.org (email)

**CERTIFICATE OF SERVICE**

I hereby certify that on June 10, 2019 I will electronically file the foregoing pleading with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

William Reed, Esq.
Special Assistant United States Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
(703) 299-3700
william.r.reed2@usdoj.gov

Pursuant to the Electronic Case Filing Policies and Procedures, a courtesy copy of the foregoing pleading will be delivered to Chambers within one business day of the electronic filing.

By:     /s/
Whitney E.C. Minter
Va. Bar # 47193
Assistant Federal Public Defender
Attorney for Jennifer Hernandez
1650 King Street, Suite 500
Alexandria, Virginia 22314
(703) 600-0800 (telephone)
(703) 600-0880 (facsimile)
Whitney_Minter@fd.org (email)