# UNDER SEAL

UNDER SEAL

**UNITED STATES DISTRICT COURT**
**for the**
**EASTERN DISTRICT OF VIRGINIA**

DEC 17 2019

U.S.A. vs. <u>Jennifer G. Hernandez</u>　　　　　　　　　　Docket No. 1:19MJ205

## Petition for Action on Conditions of Pretrial Release

COMES NOW, BETHANY ERDING, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct of defendant Jennifer G. Hernandez, who was placed under pretrial release supervision by the Honorable Ivan D. Davis, United States Magistrate Judge, sitting in the court at 401 Courthouse Square, Alexandria, Virginia 22314, on May 6, 2019, under the following conditions:

1. Report to Pretrial Services on a regular basis;
2. Undergo mental health testing and/or treatment as directed by Pretrial Services; and
3. Do not physically appear at CIA buildings or property.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**

On December 9, 2019, the United States Secret Service charged the defendant with Unlawful Entry.

**PRAYING THAT THE COURT WILL ORDER** a WARRANT for the defendant to show cause why her conditions of release should not be revoked.

**It is hereby ORDERED that the petition, with its attachment and arrest warrant be sealed. It is further ORDERED the petition, its attachment and arrest warrant shall remain sealed until the warrant is executed, at which time the petition, its attachment and warrant, should be unsealed and made part of the public record.**

### ORDER OF COURT

Considered and ordered this 17th day of December, 2019 and ordered filed and made a part of the records in the above case.

_____/s/_____ JWA
John F. Anderson
United States Magistrate Judge

John F. Anderson
United States Magistrate Judge

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: December 17, 2019

Bethany Erding
2019.12.17 13:53:12 -05'00'

Bethany Erding
Senior U.S. Probation Officer
703-299-2305
Place: Alexandria