# UNITED STATES DISTRICT COURT

# FOR

# THE EASTERN DISTRICT OF VIRGINIA

**SEALED**

U.S.A. vs. Jennifer G. Hernandez                                  Docket No. 1:19MJ205

Addendum to
Petition for Action on Conditions of Release
dated December 17, 2019

As of this writing, the warrant issued on December 17, 2019 remains active and sealed.

**CONDITION OF RELEASE 3:** DO NOT PHYSICALLY APPEAR AT CIA BUILDINGS OR PROPERTY.

On December 23, 2019, the U.S Attorney's Office advised the defendant reported to CIA Headquarters on that same date. As officers were able to convince the defendant to leave the premsis, she did not receive new criminal charges. However, the defendant did receive another written warning directing her to remain off all CIA property.

BE/smk

### ORDER OF COURT

Considered and ordered this 2ND day of Jan., 2020, that the petition previously issued be amended and that this addendum be ordered filed and made part of the record in the above case.

/s/
John F. Anderson
United States Magistrate Judge

John F. Anderson
U.S. Magistrate Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:

Bethany Erding
2020.01.02 15:21:43 -05'00'

Bethany Erding
Senior U.S. Probation Officer
(703) 299-2305

Place: Alexandria, Virginia