AO 442 (Rev. 11/11) Arrest Warrant

8835940

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

UNDER SEAL

FILED JAN 29 2020 CLERK, U.S. DISTRICT COURT ALEXANDRIA, VIRGINIA

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| JENNIFER G. HERNANDEZ | ) | Case No. 1:19-MJ-205 |
| | ) | |
| | ) | |
| | ) | |
| Defendant | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Jennifer G. Hernandez,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☑ Pretrial Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
Please see attached Petition.

Date: Dec. 17, 2019

/s/ John F. Anderson
United States Magistrate Judge

*Issuing officer's signature*

City and state: Alexandria, VA    John F. Anderson, United States Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 12/17/2019, and the person was arrested on *(date)* 01/29/2020
at *(city and state)* ALEXANDRIA, VA.

Date: 01/29/2020

*Arresting officer's signature*

RUFENER       DUSM
*Printed name and title*