UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

UNITED STATES

vs.

Jennifer G. Hernandez
**DEFENDANT(S)**

JUDGE: MICHAEL S. NACHMANOFF
CASE NO.: 19mj205
HEARING: PTD
DATE: 1/29/20
TIME: 2pm
REPORTER: FTR GOLD SYSTEM
CLERK: CHRISTINA MARQUEZ

COUNSEL FOR UNITED STATES: Mitchell Galloway
COUNSEL FOR DEFENDANT: Whitney Minter
INTERPRETER: _____ LANGUAGE: _____

(X) DEFT. APPEARED ( ) THROUGH COUNSEL ( ) FAILED TO APPEAR ( ) WARRANT TO BE ISSUED

(X) RULE 5 ADVISEMENT
( ) COURT TO APPOINT COUNSEL
( ) DEFT. TO RETAIN COUNSEL
( ) CONTACT PREVIOUS COUNSEL & REAPPOINT
( ) PRELIMINARY EXAMINATION WAIVED
( ) COURT FINDS PROBABLE CAUSE
( ) GOVT NOT SEEKING DETENTION
( ) U.S. REQUESTS DETENTION ( ) GRANTED ( ) DENIED
( ) DEFT PLACED ON PR BOND WITH CONDITIONS
(X) DEFT. (X) REMANDED

( ) DEFT. ADMITS ( ) DENIES VIOLATION
( ) COURT FINDS DEFT. IN VIOLATION
( ) DEFT CONTINUED ON PROBATION

( ) DEFT CONTINUED ON BOND

**CONDITIONS OF RELEASE:**
($     ) UNSECURED ($     ) SECURED ( ) PTS ( ) 3RD PARTY ( ) TRAVEL RESTRICTED
( ) APPROVED RESIDENCE ( ) SATT ( ) PAY COSTS ( ) ELECTRONIC MONITORING
( ) MENTAL HEALTH TEST/TREAT ( ) ROL ( ) NOT DRIVE ( ) FIREARM ( ) PASSPORT
( ) AVOID CONTACT ( ) ALCOHOL & DRUG USE ( ) EMPLOYMENT

**MINUTES:**

( ) GOVT ADDUCED EVIDENCE & RESTS ( ) EXHIBITS: _____

( ) DEFT ADDUCED EVIDENCE & RESTS ( ) EXHIBITS: _____

Deft requests Court consider release - Denied at this time
If conds are formulated counsel can contact chambers to set a hearing

( ) GOVT. ( ) DEFT. ( ) JOINT MOTION TO CONTINUE ( ) GRANTED ( ) DENIED

NEXT APPEARANCE: 2/4/2020 AT 10:00 (AM) OR PM
( ) DH ( ) PH ( ) STATUS ( ) TRIAL ( ) JURY ( ) PLEA ( ) SENT ( ) PBV ( ) SRV (X) VCR ( ) R5
( ) ARRAIGN ( ) IDENTITY (X) OTHER JUDGE  JFA

( ) MATTER CONTINUED FOR FURTHER PROCEEDINGS BEFORE THE GRAND JURY

( ) RELEASE ORDER GIVEN TO USMS